

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00087-CR

KEITH WHITE                                                        APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

------------

FROM THE 89TH DISTRICT COURT OF WICHITA COUNTY

------------

## ORDER

------------

It has come to this court's attention that a page is missing from State's Exhibit 2 in the original reporter's record in this case.

On October 15, 2012, the court reporter sent this court a letter, asking us to insert a page that had been left out in copying State's Exhibit No. 2. Texas Rule of Appellate Procedure 34.6(d) does not permit this. *See* Tex. R. App. P. 34.6(d). In order to supplement the record, the official court reporter must "prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted item[]." *Id.*

Therefore, it is **ORDERED** that the court reporter prepare a supplemental record containing the omitted page 4 from State's Exhibit 2 and file it in this court on or before **Monday, July 29, 2013**.

The clerk is directed to send a copy of this order to the court reporter, counsel of record, and the trial court judge.

DATED July 17, 2013.

PER CURIAM